1114

No. 11–552. KANSAS CITY PREMIER APARTMENTS, INC. *v.* MISSOURI REAL ESTATE COMMISSION. Sup. Ct. Mo. Certiorari denied. ▮

No. 11–553. YSLETA DEL SUR PUEBLO *v.* TEXAS. C. A. 5th Cir. Certiorari denied. ▮

No. 11–554. STEWART *v.* OREGON. Ct. App. Ore. Certiorari denied. ▮

No. 11–559. KAUFFMAN *v.* UPMC PRESBYTERIAN SHADYSIDE HOSPITAL ET AL. Super. Ct. Pa. Certiorari denied. ▮

No. 11–565. HOLLOWAY *v.* RED LION BOROUGH. Commw. Ct. Pa. Certiorari denied. ▮

No. 11–567. NORIEGA *v.* TORRES ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 11–571. SOLIS *v.* HOLDER, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied. ▮

No. 11–580. SPELLISSY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 11–586. ANDERSON *v.* VANGUARD CAR RENTAL USA INC. C. A. 11th Cir. Certiorari denied. ▮

No. 11–589. FISHER ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied. ▮

No. 11–594. ROOTERS *v.* STATE FARM LLOYDS. C. A. 5th Cir. Certiorari denied. ▮

No. 11–601. WOODS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

